# In the United States Court of Federal Claims

| | |
|---|---|
| OSCAR HEYMAN & BROTHERS, INC.<br><br>**Plaintiff,**<br><br>v.<br><br>UNITED STATES,<br><br>**Defendant.** | No. 14-1037T<br>Filed: September 29, 2015 |

## O R D E R

The court is in receipt of parties' September 25, 2015 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2015), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, attorneys' fees, and other expenses. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**